IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

MICHAEL E. BROWN,

              Plaintiff,

v.                                               CIVIL ACTION NO. 3:24-0156

W.V. 6TH CIRCUIT JUDGE PAUL T. FARRELL,
W.V. SUPREME COURT JUSTICES,
TIM ARMSTEAD,
ELIZABETH D. WALKER,
JOHN H. HUTCHINSON,
WILLIAM R. WOOTEN,
C. HALEY BUNN,

              Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court dismiss this case and remove it from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DISMISSES** this case and **REMOVES** it from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                                  ENTER:      May 8, 2024

                                                  ROBERT C. CHAMBERS
                                                  UNITED STATES DISTRICT JUDGE